832 A.2d 913

IN THE MATTER OF THOMAS Q. HARRIGAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 006681982).

October 16, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–111, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, **THOMAS Q. HARRIGAN** of **TURNERSVILLE**, who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of six months, respondent having been suspended from practice in the Commonwealth of Pennsylvania for conduct in violation of *RPC* 5.5(b) (practicing law while ineligible), *RPC* 7.1(a) (false or misleading communications about lawyer or services), *RPC* 8.4(c) (misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Discipline Review Board having further concluded that respondent's suspension should be retroactive to December 25, 2002, the effective date of the Pennsylvania suspension;

And good cause appearing;

It is ORDERED that **THOMAS Q. HARRIGAN** is suspended from the practice of law for a period of six months and until the further Order of the Court, retroactive to December 25, 2002; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.